UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LONGBRIDGE FINANCIAL, LLC<br><br>PLAINTIFF<br><br>v.<br><br>BRIAN A. GOODWIN and MARIE GOODWIN<br><br>DEFENDANTS | Case No. 2:20-cv-_____ |

## NOTICE OF REMOVAL

Defendants Brian Goodwin and Marie Goodwin hereby remove the case which is Docket Number RE-2020-12 in the Farmington (Maine) District Court ("the Removed Action") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for removal state as follows:

1. On November 9, 2020, Plaintiff served upon each of the Defendants a summons and complaint in the Removed Action.
2. The complaint in the Removed Action states a purported cause of action against the Defendants for foreclosure pursuant to 14 M.R.S. § 6321 and alleges in paragraph 14 that the defendants owe the plaintiff the sum of $111,967.93 plus accruing interest.
3. This court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the Plaintiff and the Defendants and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.
4. The Defendants are residents of and citizens of the State of Maine.
5. Plaintiff Longbridge Financial, LLC is a Delaware Corporation with a principal place of business in Mahwah, New Jersey.

6. Plaintiff Longbridge Financial, LLC and has no established place of business in the State of Maine and to the best of the information and belief of Defendants it has no member that is a citizen of the State of Maine.

7. Pursuant to 28 U.S.C. § 1446(a) Defendants are filing herewith all process and pleadings which have been served upon them in the Removed Action.

8. This Notice of Removal is filed within 30 days of the date that the Defendants were served with the summons and complaint in the Removed Action.

9. Venue is proper in this Court because the Defendants are citizens of the State of Maine and the real property which is the subject of the removed action is located within the State of Maine.

DATED: November 19, 2020

/s/ Thomas A. Cox
Thomas A. Cox, Esq. Me. Bar No. 1248
*Attorney for Defendants Brian Goodwin and Marie Goodwin*

P.O. Box 1314
Portland, ME 04104
(207) 749-6671
tac@gwi.net

CERTIFICIATE OF SERVICE

    I hereby further certify that on November 19, 2020, I served the foregoing Notice of Removal upon counsel for Plaintiff by mailing by USPS First Class Mail, postage prepaid to:

Carrie Folsom, Esq.
Korde & Associates, P.C.
707 Sable Oaks Drive, Suite 250
South Portland, Maine 04106

                                                /s/Thomas A. Cox
                                                Thomas A. Cox